UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WILSON, | : | Case No. 3:10-cv-355 |
| Plaintiff, | : : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael R. Merz |
| vs. | : | |
| STEVE HALLER, et al., | : : | |
| Defendant. | : | |

### DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 5); AND (2) DISMISSING THIS ACTION WITH PREJUDICE

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on September 23, 2010, submitted a Report and Recommendations. (Doc. 5). Subsequently, the Plaintiff filed Objections to the Report and Recommendations. (Doc. 6).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.

Accordingly, this action is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Date: 10/8/10

Timothy S. Black
United States District Judge